1

2

3

4

5

6

7

8      **IN THE UNITED STATES DISTRICT COURT FOR THE**

9      **NORTHERN DISTRICT OF CALIFORNIA**

10     **SAN FRANCISCO DIVISION**

11     **UNITED STATES OF AMERICA**      )    **No. C-06-4421-SC**

                               )

12              **Petitioner,**        )

                               )

13          **v.**                )

                               )

14     **IASCO (fka International Air Service**    )    <u>**ORDER ENFORCING SUMMONSES**</u>

     **Company),**                 )

15                                    )

         **Respondent.**       )

16     _____)

17     **UNITED STATES OF AMERICA**      )    **No. C-06-4422-SC**

                               )

18              **Petitioner,**        )

                               )

19          **v.**                )

                               )

20     **IASCO (fka International Air Service**    )

     **Company),**                 )

21                                    )

         **Respondent.**       )

22     _____)

23     **UNITED STATES OF AMERICA**      )    **No. C-06-4423-SC**

                               )

24              **Petitioner,**        )

                               )

25          **v.**                )

                               )

26     **IASCO (fka International Air Service**    )

     **Company),**                 )

27                                    )

         **Respondent.**       )

28     _____)

1   **UNITED STATES OF AMERICA**      )   **No. C-06-4424-SC**
                                    )

2           **Petitioner,**        )
                                     )

3         **v.**               )
                                     )

4   **IASCO (fka International Air Service**    )
  **Company),**                      )

5                                        )
          **Respondent.**       )

6   _____)

7   **UNITED STATES OF AMERICA**      )   **No. C-06-4425-SC**
                                      )

8           **Petitioner,**        )
                                     )

9         **v.**               )
                                     )

10   **IASCO (fka International Air Service**   )
  **Company),**                      )

11                                        )
          **Respondent.**       )

12   _____)

13      These related cases having come on for hearing on September 22, 2006, upon the return

14 of Orders to Show Cause heretofore issued by this Court, and the Court having considered the

15 record herein, including the Verified Petitions To Enforce Internal Revenue Service Summons, it

16 is hereby:

17      **ORDERED** that respondent, IASCO (fka International Air Service Company) shall

18 appear before Revenue Agent Paul Hanley, or any other designated agent, on October 6, 2006, at

19 9:00a.m. , at the Offices of the Internal Revenue Service located at 700 Jefferson Avenue,

20 Second Floor, Redwood City, CA 94063, and then and there give testimony relating to the

21 matters described in the subject Internal Revenue Service summonses, copies of which are

22 attached hereto as **Exhibits A**, **B**, **C**, **D** and **E** and produce for the Revenue Agent's inspection

23 and copying respondents' records also described in the subject Internal Revenue Service

24 summonses.

25

26 **ORDERED** this  22  day of  Sept. '06  , at San Francisco, California.

27

28                _____
               UNITED STATES DISTRICT JUDGE