| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | 9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, CA 94102<br>Telephone:   (415) 436-7017 |
| 6 | Fax:             (415) 436-6748 |
| 7 | Attorneys for the United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. C-06-4421-SC |
| Petitioner, | ) ) ) | **APPLICATION TO DISMISS VERIFIED PETITIONS TO ENFORCE** |
| v. | ) ) | **INTERNAL REVENUE SERVICE SUMMONSES AND ORDER** |
| **IASCO (fka International Air Service Company),** | ) ) ) | |
| Respondent. | ) ) | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. C-06-4422-SC |
| Petitioner, | ) | |
| v. | ) | |
| **IASCO (fka International Air Service Company),** | ) ) ) | |
| Respondent. | ) ) | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. C-06-4423-SC |
| Petitioner, | ) | |
| v. | ) | |
| **IASCO (fka International Air Service Company),** | ) ) ) | |
| Respondent. | ) ) | |

| | | |
|---|---|---|
| 1 | **UNITED STATES OF AMERICA** ) | No. C-06-4424-SC |
| 2 | ) **Petitioner,** ) | |
| 3 | ) **v.** ) | |
| 4 | ) **IASCO (fka International Air Service** ) **Company),** ) | |
| 5 | ) | |
| 6 | **Respondent.** ) | |
| 7 | **UNITED STATES OF AMERICA** ) | No. C-06-4425-SC |

(Caption continues for case No. C-06-4425-SC with same parties.)

The United States of America dismisses the Petitions To Enforce filed on July 19, 2006 because the respondent has complied with the summonses.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED:

DATED: 11/14/06

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*
*United States District Court, Northern District of California*